(April 30, 1943.)

In the Matter of FRANK VALENTI, Appellant, against BOARD OF EXAMINERS OF THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.—

Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.